THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Sarah Ann Kusmier, Appellant.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Special Circuit Court Judge

Unpublished Opinion No. 
2005-UP-343
Submitted May 1, 2005  Filed May 18, 2005

APPEAL DISMISSED

 
 
 
Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  In January 2002, Sarah Ann Kusmier pleaded guilty to making a bomb threat at her former place of employment.  She was sentenced to seven years imprisonment suspended upon the service of twelve months, followed by an eighteen-month period of probation.  Kusmier appeals and counsel for Kusmier has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Kusmier filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and after consideration of appellants pro se response we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
HEARN, C.J., BEATTY and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.